UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILDEARTH GUARDIANS, a New Mexico nonprofit corporation; WESTERN WATERSHEDS PROJECT, an Idaho nonprofit corporation; and CALDERA ACTION, a New Mexico nonprofit corporation,<br><br>Petitioners,<br><br>v.<br><br>The UNITED STATES FOREST SERVICE, a federal agency; the UNITED STATES FISH AND WILDLIFE SERVICE; a federal agency, RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service; SHAUN SANCHEZ, in his official capacity as Supervisor of the Santa Fe National Forest; and MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service,<br><br>Federal Respondents. | Case No. 1:24-cv-00557-LF-KK<br><br>JOINT MOTION TO STAY PROCEEDINGS |

**JOINT MOTION TO STAY PROCEEDINGS**

Petitioners WildEarth Guardians, Western Watersheds Project, and Caldera Action and Federal Respondents U.S. Forest Service and U.S. Fish and Wildlife Service (the Parties) respectfully move this Court for an order to stay all proceedings in this matter for 70 days. In support of this Motion, the Parties state the following:

1. This matter is before this Court on Petitioners' Petition for Review of Agency Action (ECF No. 1), through which Petitioners seek declaratory and injunctive relief regarding the

Forest Service's cattle grazing program on the Santa Fe National Forest, the alleged ongoing presence of trespass cattle from the Forest on the neighboring Valles Caldera National Preserve, and the alleged effects on threatened and endangered species. Federal Respondents' response to the Petition is currently due on August 13, 2024.

2. Petitioners continue to receive new reports regarding alleged trespass cattle on the Preserve. Petitioners intend to seek leave to amend their Petition to include these new reports of livestock trespass and therefore seek additional time to properly notify Federal Respondents of these new reports as required by the Endangered Species Act. *See* 16 U.S.C. § 1540(g)(2)(A) (requiring 60-day notice of intent before bringing suit).

3. Counsel for Federal Respondents has only recently been assigned to this matter and requires a reasonable period of additional time to prepare for litigation. Without the requested stay, Federal Respondents would move to extend the deadline to respond to Petitioners' Petition.

4. Because Federal Respondents have not yet responded to Petitioners' Petition, and no scheduling order has been issued, the requested stay will not affect any further deadlines in this matter, as there are none at this time.

5. The Parties have conferred and agree that the requested stay is necessary for effective resolution of this matter.

6. Therefore, the Parties request that this Court stay all proceedings in this matter for 70 days, through October 21, 2024. Within 14 days after the expiration of this stay, the Parties will propose a new schedule for proceeding with this litigation.

//

//

//

Respectfully submitted this 12th day of August, 2024.

*/s/ Erin Hogan-Freemole*
Erin Hogan-Freemole, PHV
971-417-6851
ehoganfreemole@wildearthguardians.org
Tim Davis, NM Bar No. 19-204
205-913-6425
tdavis@wildearthguardians.org
WILDEARTH GUARDIANS
301 N. Guadalupe St., Ste. 201
Santa Fe, NM 87501

Megan Backsen, PHV
719-207-2493
megan@westernwatersheds.org
WESTERN WATERSHEDS PROJECT
P.O. Box 6774
Reno, NV 89513

*Counsel for Petitioners*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Andrew A. Smith*
Andrew A. Smith, NM Bar No. 8341
Senior Trial Attorney
Natural Resources Section
505-224-1468
andrew.smith@usdoj.gov
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87103

*Counsel for Federal Respondents*