IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILDEARTH GUARDIANS, *et al.*,

    Petitioners,

v.

UNITED STATES FOREST SERVICE, *et al.*,

    Respondents.

Civ. No. 24-557 LF/KK

## ORDER RESETTING DEADLINE FOR PROPOSED SCHEDULE

THIS MATTER is before the Court *sua sponte*. The Court previously directed the parties to "file a proposed schedule for production of any Administrative Records, any additional preliminary motions, and briefing on the merits on or before Monday, November 3, 2025." (Doc. 41). However, one day after the Court entered the order setting this deadline, a federal lapse in funding began. Consequently, this case was temporarily stayed pursuant to an Administrative Order filed by the Court. (*See* Admin. Order 25-mc-4-28). Federal funding to the Department of Justice has since been restored by Congress, and the temporary stay has now lifted. (*See* Admin. Order 25-mc-4-27-4).

IT IS THEREFORE ORDERED that the parties shall file a proposed schedule for production of any Administrative Records, any additional preliminary motions, and briefing on the merits on or before **Monday, December 29, 2025**.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE