**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

WILDEARTH GUARDIANS, et al.,

    *Petitioners*,

    *v.*

The UNITED STATES FOREST SERVICE, et al.,

    *Federal Respondents*.

Case No. 1:24-cv-00557-LF-KK

## <u>ORDER</u>

THIS MATTER came before the Court on the parties' April 13, 2026 "Joint Proposed Schedule," ECF 51, filed per this Court's Order of March 27, 2026, ECF 50.

IT IS HEREBY ORDERED that the parties brief the merits of Petitioners' petition for review of agency action according to the following schedule:

1.    Federal Respondents shall provide Petitioners with copies of the provisional Administrative Record within **60 days** of this Court's acceptance of the Proposed Schedule, ECF 50.

2.    Petitioners shall notify Federal Respondents of any objections to the contents of the Administrative Record within **30 days** of receiving the record. The parties shall confer in good faith to attempt to resolve any disputes regarding the Administrative Record without the need for judicial intervention. Based on this conferencing, should the Parties agree that that Administrative Record is complete, Federal Respondents shall lodge the Record with the Court within **60 days** of Petitioners' receipt of the Record.

3.    If the Parties are unable to resolve any record disputes, any motions to complete or supplement the Administrative Record shall be filed within **60 days** of Petitioners' receipt of the

1

Record. The Court will deem waived any disputes regarding the sufficiency, scope, content, or supplementation of the Administrative Record that Petitioners do not raise by motion at that time.

### A. Merits Briefing

If no motion to complete or supplement the Administrative Record is filed, the following deadlines shall apply:

1.      Petitioners' opening merits brief is due within **60 days** of the formal lodging of the Record.

2.      Federal Respondents' response brief is due within **60 days** of the due date for Petitioners' opening merits brief.

3.      Petitioners' reply brief is due within **21 days** of the due date for Federal Respondents' response brief.

If a motion to complete or supplement the Administrative Record or for limited discovery is filed, the following schedule for merits briefing shall apply:

1.      Petitioners' opening brief is due within **60 days** of the Court's resolution of the Record motion.

2.      Federal Respondents' response brief is due within **60 days** of the due date for Petitioners' opening brief.

3.      Petitioners' reply brief is due within **30 days** of the due date for Federal Respondents' response brief.

Under either briefing schedule, the length of the Parties' respective briefs will be consistent with the Federal Rules of Appellate Procedure, as applied by the Tenth Circuit Court of Appeals. The Court will deem waived or forfeited any claims or defenses not raised in the Parties' respective opening or response briefs.

 IT IS SO ORDERED.

KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE