IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILDEARTH GUARDIANS, et al.,

Petitioners,

v. Case No. 1:24-cv-00557-LF-KRS

THE UNITED STATES FOREST SERVICE, et al.

Respondents.

**MEMORANDUM OPINION AND ORDER**

THIS MATTER is before the Court on Petitioners' Motion to Stay Proceedings (Doc. 54), filed July 16, 2026. Respondents filed a response on July 30, 2026. Doc. 55. Petitioners did not file a reply in support, and briefing completed on the motion on August 13, 2026. *See* D.N.M.LR-Civ. 7.1(b) ("The failure to file and serve a reply in support of a motion within the time prescribed for doing so constitutes consent that briefing on the motion is complete."). Having reviewed the briefings, the record, and the law, the Court GRANTS IN PART and DENIES IN PART the motion.

**BACKGROUND**

On April 17, 2026, the Court entered a briefing schedule for Petitioners' petition for review of agency action. Doc. 52. Federal Respondents were ordered to provide Petitioners with copies of the provisional Administrative Record within sixty days. *Id.* at 1. Within thirty days of receiving that record, Petitioners were to notify Federal Respondents of any objections to its contents. *Id.*

On June 16, 2026, Respondents timely provided Petitioners with the provisional administrative record. Doc. 54 ¶ 11. Petitioners' objections to the record were due July 16,

2026, and on that date Petitioners moved to temporarily stay the proceedings. *See id.* Petitioners state that their review of the provisional record revealed that Respondents had reinitiated consultation and issued previously undisclosed biological opinions for certain allotments at issue in this case. *Id.* ¶¶ 12–18. Petitioners request the stay because of their intent to submit a notice of intent to bring suit regarding those biological opinions. *Id.* ¶¶ 20, 23. Petitioners further request that the Court order Respondents to inform them and the Court when a biological opinion on the Cebolla/San Antonio Allotment is issued, and that the Court order Respondents to inform Petitioners if consultation is reinitiated on any of the allotments at issue in this case. *Id.* ¶ 23.

Respondents filed a response to the motion on July 30, 2026, stating that they "do not oppose Petitioners' request for a stay of these proceedings until 90 days following Fish and Wildlife Service's issuance of a final Biological Opinion for the Cebolla/San Antonio Allotment," and Respondents agreed to "notify Petitioners and the Court when that final Biological Opinion is issued." Doc. 55 at 2. However, Respondents oppose Petitioners' request for an order requiring Respondents to inform Petitioners if consultation is reinitiated on any of the Allotments at issue. *Id.* at 2–3. On August 4, 2026, the Court vacated the April 17, 2026, scheduling order. Doc. 56.

**ANALYSIS**

As Respondents do not oppose a stay of the proceedings as requested by Petitioners, the Court grants that part of Petitioners' motion. Accordingly, the Court stays the proceeding in this matter until ninety days following the issuance of a final biological opinion for the Cebolla/San Antonio Allotment, and Respondents are ordered to file a notice on the docket when that final biological opinion is issued.

However, the Court denies Petitioners' additional request for an order requiring Respondents to notify them if consultation is reinitiated on any of the allotments at issue. Respondents argue that they have "no legal obligation . . . to affirmatively share such information with Petitioners during active litigation" and correctly noted that Petitioners provided no legal authority in support of the request. Doc. 55 at 2–3. Petitioners filed no reply brief addressing these arguments.

**CONCLUSION**

For the foregoing reasons, the Court GRANTS IN PART and DENIES IN PART Petitioners' Motion to Stay Proceedings (Doc. 54). This matter is STAYED until ninety days following the issuance of a final biological opinion for the Cebolla/San Antonio Allotment. Within seven days of the issuance of that final biological opinion, Respondents shall file a notice on the docket with the date the final biological opinion was issued. Petitioners' request for an order requiring Respondents to notify them if consultation is reinitiated on any of the allotments at issue is denied.

IT IS SO ORDERED.

Laura Fashing
United States Magistrate Judge
Presiding by Consent